**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Lester Devaria Mosley, Jr., Appellant.

Appellate Case No. 2014-002064

———————

Appeal From Pickens County
Edward W. Miller, Circuit Court Judge

———————

Unpublished Opinion No. 2017-UP-353
Submitted June 1, 2017 – Filed September 6, 2017

———————

**AFFIRMED**

———————

William G. Yarborough, III, of William G. Yarborough III, Attorney at Law, LLC, of Greenville, for Appellant.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General J. Robert Bolchoz, Deputy Attorney General Donald J. Zelenka, and Senior Assistant Attorney General William Edgar Salter, III, all of Columbia; and Solicitor William Walter Wilkins, III, of Greenville, all for Respondent.

———————

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Williams*, 303 S.C. 410, 411, 401 S.E.2d 168, 169 (1991) ("A defendant must object at his first opportunity to preserve an issue for appellate review."); *State v. Williams*, 266 S.C. 325, 335, 223 S.E.2d 38, 43 (1976) ("The rule in this [s]tate is firmly established that failure to object to a charge, . . . when the opportunity is afforded, constitutes a waiver of any right to complain on appeal of an alleged error in the charge."); *State v. Hill*, 268 S.C. 390, 395, 234 S.E.2d 219, 221 (1977) ("By failing to object or request[] additional instructions to the main charge, [the a]ppellant waived any objection to similar subsequent instructions.").

**AFFIRMED.**[1]

**SHORT, WILLIAMS, and KONDUROS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.